# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HUAWEI DEVICE CO. LTD., ET AL | ) ) ) ) | Civil Action No. 2:18-cv-00462-JRG<br>LEAD CASE |
| GOOGLE LLC, | ) ) ) | Civil Action No. 2:18-cv-00463-JRG |
| Defendants. | ) ) ) | JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE OF COUNSEL**

**TO THE HONORABLE COURT:**

Defendant Google LLC ("Google") hereby notifies the Court that **David S. Almeling** of O'Melveny & Myers LLP, Two Embarcadero Center, 28th Floor, San Francisco, California 94111 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Google. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

1

DATED: February 27, 2019

                By */s/ David S. Almeling*
                   J. Mark Mann
                   State Bar No. 12926150
                   mailto:mark@themannfirm.com
                   G. Blake Thompson
                   State Bar No. 24042033
                   blake@themannfirm.com
                   **MANN | TINDEL | THOMPSON**
                   300 West Main Street
                   Henderson, Texas 75652
                   (903) 657-8540
                   (903) 657-6003 (fax)

                   Darin W. Snyder *(Pro Hac Vice)*
                   dsnyder@omm.com
                   Luann L. Simmons *(Pro Hac Vice)*
                   lsimmons@omm.com
                   David S. Almeling *(Pro Hac Vice)*
                   dalmeling@omm.com
                   Mark Liang *(Pro Hac Vice)*
                   mliang@omm.com
                   Boris Mindzak *(Pro Hac Vice)*
                   bmindzak@omm.com
                   Eric Su *(Pro Hac Vice)*
                   esu@omm.com
                   **O'MELVENY & MYERS LLP**
                   Two Embarcadero Center, 28th Floor
                   San Francisco, California  94111-3823
                   Tel: (415) 984-8700
                   Fax: (415) 984-8701

                   *Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on February 27, 2019.

                                              */s/ David S. Almeling*
                                              David S. Almeling