IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE (SHENZHEN) CO., LTD. (f/k/a HUAWEI DEVICE CO., LTD.), HUAWEI DEVICE (DONGGUAN) CO., LTD., AND HUAWEI DEVICE USA, INC., <br> Defendants. | § § § § § § § § § § § § § § § Civil Action No. 2:18-cv-00462-JRG |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Super Interconnect Technologies LLC ("SIT") and Defendants Huawei Device (Shenzhen) Co., Ltd., Huawei Device (Dongguan) Co., Ltd., and Huawei Device USA, Inc. (collectively, "Huawei") have resolved SIT's claims for relief against Huawei asserted in this case.

NOW, THEREFORE, SIT and Huawei, through their attorneys of record, request this Court to dismiss all claims asserted by SIT against Huawei with prejudice, and all claims asserted by Huawei against SIT without prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: December 4, 2019    Respectfully submitted,

By: */s/ Jeffrey R. Bragalone*
   Jeffrey R. Bragalone
   Texas Bar No. 02855775
   T. William Kennedy Jr.
   Texas Bar No. 24055771
   **BRAGALONE CONROY PC**

2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
bkennedy@bcpc-law.com

Wesley Hill
State Bar No. 24032294
**Ward, Smith & Hill, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
wh@wsfirm.com

*Attorneys for Plaintiff*
*Super Interconnect Technologies LLC.*

By: */s/ Kent E. Baldauf, Jr. (w/permission)*
Kent E. Baldauf, Jr.
Bryan P. Clark
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)
*Attorneys for Defendants Huawei Device Co. Ltd., Huawei Device (Hong Kong) Co., Ltd., and Huawei Device USA, Inc.*