**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC, § § § *Plaintiff*, § § v. § § HUAWEI DEVICE CO. LTD., HUAWEI § DEVICE USA, INC., HUAWEI DEVICE § (SHENZHEN) CO., LTD., HUAWEI § DEVICE (DONGGUAN) CO., LTD., § § *Defendants*. § | CIVIL ACTION NO. 2:18-CV-00462-JRG |

**ORDER**

Before the Court is Plaintiff Super Interconnect Technologies LLC ("SIT") and Defendants Huawei Device (Shenzhen) Co., Ltd., Huawei Device (Dongguan) Co., Ltd., and Huawei Device USA, Inc.'s (collectively, "Huawei") (together with SIT, the "Parties") Joint Motion to Dismiss (the "Motion"). (Dkt. No. 87.) Per this Court's Standing Order Regarding Proper Notification of Settlement to the Court, the Parties have represented to the Court that SIT and Huawei have resolved all pending claims between them.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims and causes of action asserted by SIT against Huawei are **DISMISSED WITH PREJUDICE** and all claims asserted by Huawei against SIT are **DISMISSED WITHOUT PREJUDICE**, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement. Each party shall bear its own attorneys' fees, costs of court, and expenses. The Clerk of the Court is directed to

2

**CLOSE** Lead Case 2:18-cv-00462-JRG. All remaining Defendants are instructed to continue submitting filings in Case No. 2:18-cv-00462-JRG because it has been designated as the lead case.

**So ORDERED and SIGNED this 6th day of December, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE